AO 458 (Rev. 01/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cr-35 |
| Antonio Ortiz | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

the United States of America                                                                                    .

Date:     05/19/2025                                                      /s/
                                                                    *Attorney's signature*

                                                    Lauren E. Hahn, Virginia #86168
                                                    *Printed name and bar number*

                                            U.S. Attorney's Office | Eastern District of Virginia
                                                        2100 Jamieson Avenue
                                                        Alexandria, VA 22314

                                                                *Address*

                                                    Lauren.Hahn@usdoj.gov
                                                        *E-mail address*

                                                        (703) 299-3845
                                                        *Telephone number*

                                                        (703) 299-2584
                                                        *FAX number*